IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT GRAY                                                                                          PLAINTIFF

      v.            Civil No. 2:16-CV-02268-PKH-MEF

SEBASTIAN COUNTY DETENTION                                                     DEFENDANT
CENTER

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 9th day of December, 2016.

                                                            /s/ P. K. Holmes, III
                                                            HON. P. K. HOLMES, III
                                                            CHIEF U.S. DISTRICT JUDGE